# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00741-CR

### Sidney Lee Snyder, Appellant

### v.

### The State of Texas, Appellee

### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### NO. CR2018-334, THE HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Sidney Lee Snyder has filed a motion to dismiss his appeal. The motion is signed by both appellant and his attorney. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal. *See id*.

_____

Edward Smith, Justice

Before Chief Justice Rose, Justices Kelly and Smith

Dismissed on Appellant's Motion

Filed: February 21, 2019

Do Not Publish